```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 18500
   JOHN L HOWARD
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2033


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/09/07 and confirmed on 12/05/07.

     2.  The case was dismissed after confirmation, 11/21/2008.

     3.  The Debtor paid a total of $   9089.24 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL     CURRENT MORTG         .00            .00          .00
COUNTRYWIDE FINANCIAL     MORTGAGE ARRE    27490.45            .00      2949.58
CREST BROOKE TOWNHOME AS  SECURED           2379.50            .00      1336.10
CHECK N GO                UNSECURED        NOT FILED           .00          .00
MICHAEL J MORRISROE LTD   UNSECURED        NOT FILED           .00          .00
KISHWAUKEE COMMUNITY HOS  UNSECURED        NOT FILED           .00          .00
MONTEREY FINANCIAL SVCS   SECURED           1200.00          74.45       688.79
VATIV RECOVERY SOLUTIONS  FILED LATE            .00            .00          .00
ROCKFORD MERCANTILE AGEN  UNSECURED          182.70            .00          .00
LAW OFFICES ROBERT NOLAN  UNSECURED        NOT FILED           .00          .00
SANTA BARBARA BANK & TRU  UNSECURED        NOT FILED           .00          .00
COTTONWOOD FINANCIAL LTD  UNSECURED         1774.12            .00          .00
BECKET & LEE LLP          UNSECURED         8953.46            .00          .00
WEST GATE RESORTS         UNSECURED        NOT FILED           .00          .00
MONTEREY FINANCIAL SVCS   UNSECURED          546.42            .00          .00
ALEXANDER & KATHPALIA MD  FILED LATE            .00            .00          .00
             Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER        TOTAL

TOTAL CLMS ALLOWED   31069.95         .00     11456.70         .00     42526.65
PRINCIPAL PAID        4974.47         .00          .00         .00      4974.47
INTEREST PAID           74.45         .00          .00         .00         74.45
TOTAL PAID            5048.92         .00          .00         .00      5048.92
The Debtor's attorney, DAVID M SIEGEL              , was allowed $    3500.00
and was paid $    376.00  direct and $   3124.00  through the plan.

The Trustee received $    466.32 .

Refunds to the Debtor totaled $     450.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 07 B 18500 JOHN L HOWARD